77,355-01,02

August 19, 2015

Patrick M. O'Brien
TDCJ-CID # 1436800
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107

Abel Acosta, Clerk
Texas Court of Criminal Appeals
P. O. Box 12308
Austin, Texas 78711

Re: WR-77,355-01; WR-77,355-02; Findings of Facts and Conclusions of Law.

Mr. Acosta,

Please provide me with a copy of the Findings of Fact and Conclusions of Law in the following cases: WR-77-355-01 and WR-77,355-02.

The assistance you give this matter will be greatly appreciated.

Sincerely,

Patrick M. O'Brien

Patrick M. O'Brien
TDCJ-CID # 1436800

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk